File Hashes for IP Address 96.231.209.64

ISP: Verizon FiOS
Physical Location: Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/19/2014 01:43:42 | EB06CEC9FE3929712B647BA17F7E7301F9DAC094 | First Time |
| 12/06/2014 20:39:36 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 12/06/2014 20:39:16 | 2D422B4CE187DE30BD8B7AB88C9324566A215D77 | I Want You To Want Me |
| 11/30/2014 22:57:48 | 4C483C6B939DBF8FE14929431C492E9A0D0E53BB | Forever You Part #2 |
| 10/15/2014 00:49:54 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 08/11/2014 23:30:44 | 93B1F4A417C9F20E117A041C24AAA515497A0CF8 | In the Blind |
| 07/24/2014 02:46:07 | D1A5917C7E734B9117A370D63068E3D219768604 | Be With Me |
| 07/17/2014 00:43:25 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 06/28/2014 19:40:40 | 3306FF999D206ACD958228092CE371BB4FAACDF2 | Sexy In The City |
| 06/15/2014 02:11:12 | B9D4CE50042DC4337CE6E769C4D4FE63157C7BD6 | Enjoy My Backdoor |
| 03/09/2014 23:07:10 | 334A55A9AF9FD2681472B1889BC27F27621204AF | Trophy Wife |
| 02/09/2014 00:54:11 | B3EC84AC825E528819AD20121B47B865F86775A2 | Submissive Seduction |
| 02/01/2014 01:57:36 | 29B7F74C41FE5D866E33F2F164810C7274B50307 | A Hot Number |
| 01/12/2014 02:39:55 | F97675DF7D2A5F03E84DB6AE26C335C2963E363F | Getting Ready For You |
| 01/01/2014 02:07:40 | BEF45D8BA1BA1ABAFFB34DEDDB4A7D571CF94D5A | No Turning Back Part #2 |
| 12/11/2013 04:09:04 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 11/18/2013 00:07:37 | 56FDFDB80D94D725D50F5F8063F6279D8F5E9C45 | Double Daydreams |

Total Statutory Claims Against Defendant: 17

EVA183

EXHIBIT A